## PEARSON V. HOOPER.

### *Assumpsit.*

(Decided April 11, 1907.)

APPEAL from Marshall Circuit Court.

Heard before Hon. W. W. HARALSON.

GOODHUE & BLACKWOOD, and JOHN A. LUSK, for appellant.

STREET & ISBELL, for appellee.

DOWDELL, J.—Affirmed on authority of *Hooper v. Nuckles*, 38 South. 711.

TYSON, C. J., ANDERSON and MCCLELLAN, JJ., concur.